UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEOFFREY PECOVER; ANDREW OWENS; SAMUEL MICHAEL KELLER; EDWARD C. O'BANNON, Jr.,<br><br>    Plaintiffs – Appellees,<br><br>v.<br><br>AARON MILLER,<br><br>    Objector – Appellant,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant – Appellee. | No. 13-16336<br><br>D.C. No. 4:08-cv-02820-CW<br>U.S. District Court for Northern California, Oakland<br><br><br>RULE 42(b) STIPULATION FOR DISMISSAL OF APPEAL |

    This matter having been resolved through confidential discussions and agreement of the parties, Objector-Appellant Aaron Miller hereby dismisses this appeal in its entirety with prejudice pursuant to F.R.A.P. 42(b). All parties have agreed to bear their own costs.


| | |
|---|---|
| s/Stuart M. Paynter<br>Stuart M. Paynter<br>The Paynter Law Firm PLLC<br>1200 G St. NW<br>Suite 800<br>Washington, DC 20005<br>Ph: 202.626.4486<br>Class Counsel | s/Steve A. Miller<br>Steve A. Miller<br>Steve A. Miller, P.C.<br>1625 Larimer St., Suite 2905<br>Denver, CO 80202<br>Ph. 303.892.9933<br>Fax: 303.892.8925<br>Sampc01@gmail.com<br>Attorney for Objector-Appellant |

1

s/Shana E. Scarlett
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
Suite 202
715 Hearst Ave.
Berkeley, CA 94710
Ph.: 510.725.3000
Class Counsel

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2013, the above Rule 42(b) Stipulation for Dismissal of Appeal was filed with the Court and served on all parties via CM/ECF.

s/Steve A. Miller